1

2

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

3 | RICKEY HINTON,

4 |     Plaintiff

5 | v.

6 | 99 CENTS ONLY STORES, LLC,

7 |     Defendant

Case No.: 2:24-cv-00431-APG-BNW

**Order (1) to Show Cause Why This Case Should Not Be Remanded and (2) Striking Certificate of Interested Parties**

8    Defendant 99 Cents Only Stores, LLC removed this case from state court based on

9 diversity jurisdiction, but 99 Cents Only did not identify the citizenship of each of its members.

10 ECF No. 1.  Because I could not determine whether complete diversity exists, I ordered 99 Cents

11 Only to show cause why this case should not be remanded. ECF No. 10.  I also struck 99 Cents

12 Only's certificate of interested parties (ECF No. 2) because it did not comply with Federal Rule

13 of Civil Procedure 7.1(a)(2).  The certificate did not identify the citizenship of 99 Cents Only as

14 required by the amendment to that rule. *Id.*

15    99 Cents Only filed a new certificate and a response to the order to show cause indicating

16 that it is wholly owned by Number Holdings, Inc., "a Delaware Corporation." ECF Nos. 13 at 2;

17 11.  I again strike 99 Cents Only's certificate and order it to show cause because it has not

18 completely identified its citizenship.  A corporation like Number Holdings is a citizen of its state

19 of incorporation and where it has its principal place of business. 28 U.S.C. § 1332(c)(1).  It is

20 unclear from 99 Cents Only's response and certificate whether Number Holdings is incorporated

21 in and has its principal place of business in Delaware.

22

23

I THEREFORE ORDER that by April 5, 2024, defendant 99 Cents Only Stores, LLC shall show cause why this action should not be remanded to state court for lack of subject matter jurisdiction.  Failure to respond to this order by that date will result in remand.

I FURTHER ORDER that by April 5, 2024, defendant 99 Cents Only Stores, LLC shall file corrected certificate of interested parties.

DATED this 26th day of March, 2024.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE

2