# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| RICKEY HINTON,<br><br>　　Plaintiff<br><br>v.<br><br>99 CENTS ONLY STORES, LLC,<br><br>　　Defendant | Case No.: 2:24-cv-00431-APG-BNW<br><br>**Order Deeming Order to Show Cause Satisfied** |

In light of defendant 99 Cents Only Stores, LLC's response to the order to show cause (ECF No. 15),

I ORDER that the order to show cause (ECF No. 14) is satisfied, and I will not remand the case for lack of subject matter jurisdiction.

DATED this 29th day of March, 2024.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE