1  **LEW BRANDON, JR., ESQ.**
   Nevada Bar No. 5880
2  **RYAN VENCI, ESQ.**
   Nevada Bar No. 7547
3  **BRANDON | SMERBER LAW FIRM**
4  139 E. Warm Springs Road
   Las Vegas, Nevada 89119
5  (702) 380-0007
   (702) 380-2964 – *facsimile*
6  l.brandon@bsnv.law
7  r.venci@bsnv.law
   *Attorneys for Defendant,*
8  *99 CENTS ONLY STORES, LLC d/b/a*
   *99 CENTS ONLY STORES*
9

10              **UNITED STATES DISTRICT COURT**
                   **DISTRICT COURT OF NEVADA**
11

12 | RICKEY HINTON,                          | CASE NO.:  2:24-cv-00431-APG-BNW |
13 |     Plaintiff,                          |                                  |
14 | vs.                                     |                                  |
15 | 99 CENTS ONLY STORES LLC d/b/a 99       |                                  |
16 | CENTS ONLY STORES; DOES I-X; ROE        |                                  |
   | ENTITIES I-X, inclusive,                |                                  |
17 |                                         |                                  |
18 |     Defendants.                         |                                  |

19
20      **MOTION TO REMOVE ATTORNEY FROM ELECTRONIC SERVICE LIST**

21      Pursuant to Local Rule IA 11-6, Lew Brandon, Jr., Esq. respectfully move the court for

22 an order removing attorneys LEW BRANDON, JR., ESQ. (Nevada Bar No. 5880), email address

23 l.brandon@bsnv.law, JUSTIN SMERBER, ESQ. (Nevada Bar No. 10761) email address

24 j.smerber@bsnv.law RYAN VENCI, ESQ. (Nevada Bar No. 7547) email address

25 r.venci@bsnv.law, JEFFREY ORR, ESQ. (Nevada Bar No. 7854) email address j.orr@bsnv.law,

26 KRISTINE MOLLOY, ESQ. (Nevada Bar No. 14927) email address k.molloy@bsnv.law, and

27

28 SUSAN LEE, ESQ. (Nevada Bar No. 15266) email address r.venci@bsnv.law from the electronic

1  service list as BRANDON SMERBER LAW FIRM is no longer counsels of record for 99 CENTS
2  ONLY STORES, LLC.  Accordingly, there is good cause to justify granting LEW BRANDON,
3  JR. ESQ., RYAN VENCI, ESQ., KRISTINE MOLLOY, ESQ., SUSAN LEE, ESQ., and JUSTIN
4  SMERBER, ESQ.,'s removal from the electronic service list in this case.

DATED this 27th day of August 2025.

**BRANDON │ SMERBER LAW FIRM**

*/s/ Lew Brandon, Jr., Esq.*
**LEW BRANDON, JR., ESQ.**
Nevada Bar No. 5880
**RYAN VENCI, ESQ.**
Nevada Bar No. 7547
139 E. Warm Springs Road
Las Vegas, Nevada 89119
*Attorneys for Defendant,*
*99 CENTS ONLY STORES, LLC*

**IT IS SO ORDERED:**

_____
**UNITED STATES MAGISTRATE JUDGE**

**DATED:** August 28, 2025

## CERTIFICATE OF MAILING

I HEREBY CERTIFY that on the 27th day of August 2025, service of the foregoing **MOTION TO REMOVE ATTORNEY FROM ELECTRONIC SERVICE LIST** was made pursuant to FRCP 5(b) and electronically transmitted to the Clerk's Office using CM/ECF system for filing and transmittal to all interested parties.

| | |
|---|---|
| **BRITTANY A. YOUNG, ESQ.** <br> Nevada Bar No. 13663 <br> **KORY L. KAPLAN, ESQ.** <br> Nevada Bar No. 13164 <br> **KAPLAN YOUNG** <br> 10091 Park Run Drive, Suite 190 <br> Las Vegas, Nevada 89145 <br> Telephone: (702) 381-8888 <br> Facsimile: (702) 832-5559 <br> brittany@kaplanyoung.com <br> kory@kaplanyoung.com <br> *Attorneys for Plaintiff,* <br> *RICKEY HINTON* | **DANA KANE** <br> Chief Compliance Office <br> **META ADVISORS LLC** <br> 10100 Santa Monica Boulevard, 13th Floor <br> Los Angeles, California 90067-4003 <br> T: (310) 277-6910 <br> *99 CENTS ONLY STORES, LLC* |

/s/   *Maybelline Valle*
An Employee of Brandon │ Smerber Law Firm