**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

RICKEY HINTON,

    Plaintiff

v.

99 CENTS ONLY STORES, LLC,

    Defendant

Case No.: 2:24-cv-00431-APG-BNW

**Order for Status Report**

I ORDER that by July 9, 2026, the parties shall provide a status report regarding whether this case should remain stayed due to the bankruptcy proceedings for defendant 99 Cents Only Stores, LLC, whether this case has been resolved through those proceedings, or whether the stay has been lifted and this case can proceed.

DATED this 18th day of June, 2026.

ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE